FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 17, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GEORGE SKYLAR CLOUD,<br><br>　　　　　Defendant. | No. 1:17-CR-02007-SAB<br><br>**ORDER DENYING DEFENDANT'S MOTION** |

　　　The Court held a motion hearing in the above-captioned matter on January 14, 2019. Blaine Connaughton appeared on behalf of Defendant, who was present in the courtroom, and Thomas Hanlon appeared on behalf of the Government. At the hearing, the Court addressed Defendant's Motion to Withdraw Guilty Plea, ECF No. 60. For the reasons provided in the record, the Court denies Defendant's motion.

//
//
//
//
//
//
//
//

**ORDER DENYING DEFENDANT'S MOTION ^ 1**

Accordingly, **IT IS ORDERED**:

1. Defendant's Motion to Withdraw Guilty Plea, EC No. 60, is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 17th day of January 2019.



Stanley A. Bastian
United States District Judge

**ORDER DENYING DEFENDANT'S MOTION ^ 2**